UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JACKIE LYNN DIEDERICH,

    Plaintiff,

v.                                                                       Case No. 18-C-920

BABATUNDAOH OKULEY, et al.,

    Defendants.

**ORDER**

This is a pro se civil rights action brought by Jackie Lynn Diederich at a time when she was an inmate in the Brown County Jail. She has since been released. Diederich claimed that her rights were violated by health care personnel in the jail who placed her in recreation only segregation for a period of almost six months in retaliation against her because of her religious non-belief. The case was screened by the magistrate judge, but then assigned to this court on non-consent. The court referred it back, but on February 5, 2019, the defendants filed a motion to dismiss for failure to prosecute, or in the alternative, to order the plaintiff to respond to their discovery requests. The court held a hearing on the defendant's motion on February 22, 2018, at which the plaintiff appeared in person and counsel for the defendants appeared by telephone.

Based upon the information obtained in arguments made in the course of the hearing, the court takes the following action:

1) Defendant's motion to dismiss is denied. However, defendant's alternative request for discovery is granted. Plaintiff is directed to cooperate with counsel for the defendant by producing

documents and records that are subject to the discovery requests submitted to her, as well as execute authorizations allowing counsel to obtain copies of her medical and mental health records that may be relevant to this action. Plaintiff is required to do so within the next 30 days. Should plaintiff fail to comply with this Order, the case will likely be dismissed on its merits and with prejudice.

2) The referral to the magistrate judge is withdrawn.

**SO ORDERED** this   22nd   day of February, 2019.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court